Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  12−13047−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ethan Blumenfeld
   31 N. Terrace
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−1831

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

      Atty Disclosure Statement, Statement of Financial Affairs, Summary of Schedule, Statistical Summary of Liabilities, Statement of Current Monthly Income and Means Test, Notice to Debtor under 342(b), Cert of Ntc to Individual Consumer Debtors,Schedules A,B,C,D,E,F,G,H,I,J.

2. This case will be dismissed on February 22, 2012, unless the missing documents are received on or before that date by the Clerk of the Court at:

      U.S. Bankruptcy Court
      MLK Jr Federal Building
      50 Walnut Street
      Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before February 22, 2012.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: February 9, 2012
JJW: wdr

        James J. Waldron
        Clerk

    If the schedules you file list more creditors than were included on the list of
    creditors(matrix) filed with your petition, you must file with your schedules
    an amended list of creditors(matrix), listing only those creditors being added,
    and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1).

You must also pay a $30 fee for the amendment in the form of certified check, money order, or attorney's check.