## Zucker, Goldberg & Ackerman, LLC

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| LEONARD B. ZUCKER | | FOUNDED IN 1923 |
| MICHAEL S. ACKERMAN | | AS ZUCKER & GOLDBERG |
| JOEL ACKERMAN* | | |

200 SHEFFIELD STREET- SUITE 101
P.O. BOX 1024
MOUNTAINSIDE, NJ 07092-0024

MAURICE J. ZUCKER (1918-1979)
LOUIS D. GOLDBERG (1923-1967)
LEONARD H. GOLDBERG (1929-1979)
BENJAMIN WEISS (1949-1981)

FRANCES GAMBARDELLA
BRIAN C. NICHOLAS ◊
STEVEN D. KROL
CHRISTOPHER G. FORD
DENISE CARLON ∆
CHRISTINE E. POTTER
RYAN S. MALC
JENEE K. CICCARELLI ∆
ASHLEIGH LEVY MARIN £
DOUGLAS J. McDONOUGH
TIMOTHY J. ZIEGLER
STEPHANIE WOLCHOK
ELIZABETH P. RIZZO
ROBERT D. BAILEY
JAIME R. ACKERMAN ♦
OMAR SHANAWANI

TELEPHONE: 908-233-8500
FACSIMILE: 908-233-1390
E-MAIL: office@zuckergoldberg.com

*For payoff/reinstatement figures*
*Please send your request to: zuckergoldberg.com/pr*

**REPLY TO NEW JERSEY ADDRESS**

Pennsylvania Office:
P.O. Box 650
Hershey, PA  17033

OF COUNSEL:

SCOTT A. DIETTERICK, ESQ. ¥
KIMBERLY A. BONNER, ESQ. ¥
RALPH M. SALVIA, ESQ. ¥

¥  MEMBER OF PA BAR ONLY

\*  ALSO MEMBER OF NY, PA AND CA BAR
♦ ALSO MEMBER OF NY,  PA AND ME BAR
◊ ALSO MEMBER OF NY AND ME BAR
∆  ALSO MEMBER OF NY BAR
£  ALSO MEMBER OF PA BAR

XCZ-126734                                                                                                February 10, 2012

CLERK, U.S. BANKRUPTCY COURT

**Case No.:**    12-13047(RG)

**Premises:**    55 Stonegate Drive

Roseland, NJ  07068

**Secured Creditor:**    Aurora Loan Services LLC

## REQUEST FOR SERVICE OF NOTICES

Dear Sir/Madam:

Would you be so kind as to add the following interested party to the mailing/service list in the above referenced case:

**Aurora Loan Services LLC**

c/o Zucker, Goldberg & Ackerman, LLC

200 Sheffield Street, Suite 101

P.O. Box 1024

Mountainside, NJ  07092-0024

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Respectfully yours,

ZUCKER, GOLDBERG & ACKERMAN, LLC


By:   /s/ *Joel A. Ackerman*

JOEL A. ACKERMAN

JAA/eh