Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  12−13047−RG
                               Chapter:  7
                               Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ethan Blumenfeld
   31 N. Terrace
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−1831

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

       Atty Disclosure Statement, Statement of Financial Affairs, Summary of Schedule, Statistical Summary of Liabilities, Statement of Current Monthly Income and Means Test, Notice to Debtor under 342(b), Cert of Ntc to Individual Consumer Debtors,Schedules A,B,C,D,E,F,G,H,I,J.

2. This case will be dismissed on February 22, 2012, unless the missing documents are received on or before that date by the Clerk of the Court at:

                               U.S. Bankruptcy Court
                               MLK Jr Federal Building
                               50 Walnut Street
                               Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before           February 22, 2012.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: February 9, 2012
JJW: wdr

                                                                                                  James J. Waldron
                                                                                                   Clerk

        If the schedules you file list more creditors than were included on the list of
        creditors(matrix) filed with your petition, you must file with your schedules
        an amended list of creditors(matrix), listing only those creditors being added,
        and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1).

You must also pay a $30 fee for the amendment in the form of certified check, money order, or attorney's check.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                    Case No. 12-13047-RG
Ethan Blumenfeld                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: wrogers           Page 1 of 2           Date Rcvd: Feb 09, 2012
                              Form ID: 180            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2012.
```
db           +Ethan Blumenfeld,    31 N. Terrace,    Maplewood, NJ 07040-1378
smg          +U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2012 21:56:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0312-2           User: wrogers              Page 2 of 2              Date Rcvd: Feb 09, 2012
                               Form ID: 180               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2012 at the address(es) listed below:
          Benjamin A. Stanziale    trustee@stanzialelaw.com, nj45@ecfcbis.com
          Leonard S. Singer    on behalf of Debtor Ethan Blumenfeld zandsattys@aol.com
                                                                                                            TOTAL: 2