JOEL A. ACKERMAN
JA 4027

XCA 126734-1/eh
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Aurora Loan Services
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

|  |  |
|---|---|
| : | UNITED STATES BANKRUPTCY COURT |
| : | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: : |  |
| : | CHAPTER   7 |
| Ethan Blumenfeld : |  |
| : | CASE NO.   12-13047-RG |
| DEBTOR. : |  |
| : | **NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF NEW JERSEY;

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the

above stated action on behalf of Aurora Loan Services the Secured Creditor.

    ZUCKER, GOLDBERG & ACKERMAN, LLC
    ATTORNEYS FOR SECURED CREDITOR
     /s/    **JOEL A. ACKERMAN**
    JOEL A. ACKERMAN
    MEMBER OF THE FIRM

DATED:  February 13, 2012

---

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---

# ZUCKER, GOLDBERG & ACKERMAN, LLC
## ATTORNEYS AT LAW

LEONARD B. ZUCKER
MICHAEL S. ACKERMAN
JOEL ACKERMAN*

FRANCES GAMBARDELLA
BRIAN C. NICHOLAS ●
STEVEN D. KROL
CHRISTOPHER G. FORD
DENISE CARLON ‡
CHRISTINE E. POTTER
RYAN S. MALC
JENEE K. CICCARELLI ‡
ASHLEIGH LEVY MARIN ¤
DOUGLAS J. McDONOUGH
TIMOTHY J. ZIEGLER
STEPHANIE WOLCHOK
ELIZABETH P. RIZZO
ROBERT D. BAILEY
JAIME R. ACKERMAN ●●
OMAR SHANAWANI

\*  ALSO MEMBER OF NY, PA AND CA BAR
●● ALSO MEMBER OF NY, PA AND ME BAR
●  ALSO MEMBER OF NY AND ME BAR
‡  ALSO MEMBER OF NY BAR
¤  ALSO MEMBER OF PA BAR

200 SHEFFIELD STREET- SUITE 101
P.O. BOX 1024
MOUNTAINSIDE, NJ 07092-0024

TELEPHONE: 908-233-8500
FACSIMILE: 908-233-1390
E-MAIL: office@zuckergoldberg.com
**For payoff/ reinstatement figures
please send your request to: zuckergoldberg.com/pr**

***REPLY TO NEW JERSEY ADDRESS***

FOUNDED IN 1923
AS ZUCKER & GOLDBERG

MAURICE J. ZUCKER (1918-1979)
LOUIS D. GOLDBERG (1923-1967)
LEONARD H. GOLDBERG (1929-1979)
BENJAMIN WEISS (1949-1981)

Pennsylvania Office:
P.O. Box 650
Hershey, PA 17033

*OF COUNSEL :*

SCOTT A. DIETTERICK, ESQ. □
KIMBERLY A. BONNER, ESQ. □
RALPH M. SALVIA, ESQ. □

□ *MEMBER OF PA BAR ONLY*

NOTICE REQUIRED BY THE
FAIR DEBT COLLECTION
PRACTICES ACT, (the act),
15 U.S.C. SECTION 1601 AS AMENDED

**THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED <u>WILL BE USED FOR THAT PURPOSE.</u>**

      1.  The amount due on the debt, as of 2/11/2012, is the sum of $425848.55 (Principal Balance).  This sum does not include any foreclosure and bankruptcy fees and costs which have been, or may be, incurred in the future or any payments received or advances made after that date.

      2.  The debt described in the bankruptcy pleadings filed by the Secured Creditor herein and evidenced by the copy of the mortgage note, will be assumed to be valid by the creditor's law firm, unless debtors, within thirty (30) days after receipt of this Notice, disputes, in writing, the validity of the debt or some portion thereof.

      3.  If the debtor notifies the creditor's law firm in writing within thirty (30) days of the receipt of this Notice, that the debt or any portion thereof, is disputed, the creditor's law firm will obtain verification of the debt and a copy of the verification will be mailed to the debtor by the creditor's law firm.

      4.  If the creditor who is named as the Secured Creditor in the bankruptcy pleadings, is not the original creditor, and if the debtor makes written request to the creditor's law firm within thirty (30) days from the receipt of this Notice, the name and address of the original creditor will be mailed to the debtor by the creditor's law firm.

      5.  Written request should be addressed to ZUCKER, GOLDBERG & ACKERMAN, LLC, 200 SHEFFIELD STREET, Suite 101, P.O. BOX 1024, MOUNTAINSIDE, NJ 07092. Please refer to our file number, which is XCA 126734-1.