UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ZAZELLA & SINGER, ESQS.
48 Mountain View Blvd.
Wayne, New Jersey 07470
(973) 696-1700
(973) 696-3228 Telefax
Attorney for Debtor
LSS-7914

In Re:

ETHAN BLUMENFELD,

Debtor.

FILED
JAMES J. WALDRON, CLERK

FEB 28 2012

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case Number: 12-13047-RG

Hearing Date: _____

Judge: Rosemary Gambardella

Chapter: 7

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

2-28-12        USBJ    [signature]

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to MARCH 12, 2012

☐ Denied.

*Rev. 7/1/04; jml*