UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ZAZELLA & SINGER, ESQS.
48 Mountain View Blvd.
Wayne, New Jersey 07470
(973) 696-1700
(973) 696-3228 Telefax
Attorney for Debtor
LSS-7914

In Re:

ETHAN BLUMENFELD,

Debtor.

**FILED**
JAMES J. WALDRON, CLERK

**FEB 2 8 2012**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| Case Number: | 12-13047-RG |
| Hearing Date: | |
| Judge: | Rosemary Gambardella |
| Chapter: | 7 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

2-28-12          USBJ

Case 12-13047-RG    Doc 11    Filed 03/02/12    Entered 03/03/12 00:43:49    Desc Imaged
Dbt f !23.24158.SH!!!!Epd..2ifimgine of !tsd.Q8!!!!Page 2 of 8.023.24;39;13!!!!Ef t d
!Qspqpt f e!P sef s!!!!!Qbhf !3!pg3

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to  _MARCH 12, 2012_ 

☐ Denied.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-13047-RG
Ethan Blumenfeld                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: jfilguei          Page 1 of 2          Date Rcvd: Feb 29, 2012
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2012.
db            +Ethan Blumenfeld,    31 N. Terrace,    Maplewood, NJ 07040-1378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2012**                    **Signature:**        *Joseph Speetjens*

District/off: 0312-2          User: jfilguei          Page 2 of 2          Date Rcvd: Feb 29, 2012
                             Form ID: pdf903          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 29, 2012 at the address(es) listed below:
  Benjamin A. Stanziale  trustee@stanzialelaw.com, nj45@ecfcbis.com
  Joel A. Ackerman  on behalf of Creditor Aurora Loan Services jackerman@zuckergoldberg.com
  Joel A. Ackerman  on behalf of Creditor Aurora Loan Services LLC jackerman@zuckergoldberg.com
  Leonard S. Singer  on behalf of Debtor Ethan Blumenfeld zandsattys@aol.com
                        TOTAL: 4