Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                             Case No.: 12−13047−RG
                             Chapter:  7
                             Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ethan Blumenfeld
   31 N. Terrace
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−1831

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

     Benjamin A. Stanziale Jr., Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than May 7, 2012.
     In the event an objection is timely filed, a hearing will be held before the Honorable Rosemary Gambardella on

DATE:           5/15/12
TIME:           10:00AM
COURTROOM:   3E

     If no objection is filed with the Clerk and served upon the Trustee on or before May 7, 2012, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
55 Stone Gate Drive, Roseland, N.J.

Current market value: $400,000.00
Estimated cost of sale: $40,000.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Aurora Loan Services:
$425,848.00
Stone Gate at Roseland
Homeowners Association
Roseland: $12,203.00
Borough of Roseland: $585.35

The amount of equity claimed as exempt by the debtor is:

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Benjamin A. Stanziale Jr.
Stanziale & Stanziale
29 Northfield Avenue
Suite 201
West Orange, NJ 07052
(973) 731–9393

    or the trustee's attorney (if applicable) at:
Benjamin A. Stanziale Jr.
Stanziale & Stanziale
29 Northfield Avenue
Suite 201
West Orange, NJ 07052
(973) 731–9393


Dated: April 18, 2012
JJW:

                                          James J. Waldron
                                          Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 12-13047-RG
Ethan Blumenfeld                                            Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2      User: rhernand         Page 1 of 2            Date Rcvd: Apr 18, 2012
                          Form ID: 154           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2012.
 db           +Ethan Blumenfeld,    31 N. Terrace,    Maplewood, NJ 07040-1378
512750267      AT&T,    P.O. Box 2971,    Omaha, NE 68103-2971
512750266      American Express,    P.O. Box 84058,    Columbus, GA 31908-4058
512750269     +Borough of Roseland,    19 Harrison Avenue,    Roseland, NJ 07068-1307
512750270      Capital One,    P.O. Box 85167,   Richmond, VA 23285-5167
512750271     +Carrie Lisa Fast,    2727 Revere Street, Apt. 101,    Houston, TX 77098-1328
512750272      Chase,   P.O. Box 15583,    Wilmington, DE 19886-1194
512750273      Citibank,    P.O. Box 6094,   Home Depot),    Sioux Falls, SD 57117-6094
512750274      Griffin Alexander, P.C.,    415 Route 10, Suites 6-8,    Randolph, NJ 07869
512750275     +Laufer Dalena Codicina Jensen & Boyd, LL,    23 Cattano Avenue,   Morristown, NJ 07960-6839
512750276     +Lum Oraseo & Positan, LLC,    103 Eisenhower Pkwy,    Roseland, NJ 07068-1049
512750278     +MItchell Goldstein, Esq.,    Lentz & Gengaro, LLP,    347 Mt. Pleasant Avenue,   Suite 203,
                West Orange, NJ 07052-2749
512750279     +MSS MIllburn Realty Co.,    12 Vreeland Avenue,    Totowa, NJ 07512-1121
512750277     +Mitchel Goldstein, Esq.,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
512750281      PSE&G,    P.O. Box 14103,    New Brunswick, NJ 08906-4103
512750280     +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
512750282     +Stonegate at Roseland Homeowners Assoc,    Integra Property Mgt.,    200 Valley Road,   Suite 203,
                Mount Arlington, NJ 07856-1320
512750285     +Zucker, Goldberg & Ackerman, LLC,    P.O. Box 1024,    Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: leah.bynon@usdoj.gov Apr 18 2012 22:05:22       U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2012 22:05:20       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
512750268     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 18 2012 22:04:21       Aurora Loan Services,
                P.O. Box 1706,    Scottsbluff, NE 69363-1706
512750283     +E-mail/Text: bankruptcy@tdbanknorth.com Apr 18 2012 22:03:47       TD Bank,   32 Chestnut Street,
                Lewiston, ME 04240-7799
512750284      E-mail/PDF: bankruptcyverizoncom@afni.com Apr 19 2012 00:17:32       Verizon,   P.O. Box 4830,
                Trenton, NJ 08650-4830
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0312-2          User: rhernand              Page 2 of 2                  Date Rcvd: Apr 18, 2012
                              Form ID: 154                Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2012 at the address(es) listed below:
          Benjamin A. Stanziale    trustee@stanzialelaw.com, nj45@ecfcbis.com
          Joel A. Ackerman    on behalf of Creditor  Aurora Loan Services jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor  Aurora Loan Services LLC jackerman@zuckergoldberg.com
          Leonard S. Singer    on behalf of Debtor Ethan Blumenfeld zandsattys@aol.com
          TOTAL: 4