Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 12−13047−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ethan Blumenfeld
  31 N. Terrace
  Maplewood, NJ 07040

Social Security No.:
  xxx−xx−1831

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge all individual debtors must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

  60 days from the first date set for your Meeting of Creditors.

To date the court has not received the above document(s). If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 23, 2012
JJW: admi

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-13047-RG
Ethan Blumenfeld                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Apr 23, 2012
                               Form ID: finmgtc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2012.
db          +Ethan Blumenfeld,    31 N. Terrace,    Maplewood, NJ 07040-1378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: leah.bynon@usdoj.gov Apr 23 2012 21:20:44      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2012 21:20:42      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2012**           **Signature:**    _Joseph Speetjens_

```
District/off: 0312-2          User: admin                Page 2 of 2                   Date Rcvd: Apr 23, 2012
                              Form ID: finmgtc           Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2012 at the address(es) listed below:
              Benjamin A. Stanziale    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Joel A. Ackerman    on behalf of Creditor   Aurora Loan Services jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor   Aurora Loan Services LLC jackerman@zuckergoldberg.com
              Leonard S. Singer    on behalf of Debtor Ethan Blumenfeld zandsattys@aol.com
                                                                                             TOTAL: 4
```